**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**


**VICTORIA CARDONA,**

> **Plaintiff,**

**v.**                                                    **No.**

**ENMUR and CARLOS MARRUJO,**

> **Defendants.**


**NOTICE OF REMOVAL**

**COME NOW** Defendants, by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans and Jacqueline Miller, and hereby remove this Cause from the District Court of Chaves County, Fifth Judicial District Court, State of New Mexico, to the United States District Court for the District of New Mexico, on the grounds that Plaintiff's Complaint creates federal question jurisdiction.   In support of this removal, Defendants state:

1.      On March 31, 2025, a civil action bearing Cause No. No. D-504-CV-2025-00288 with the same case style as shown herein, was filed in the District Court of Chaves County, Fifth Judicial District, State of New Mexico.

2.      Plaintiff seeks recovery pursuant to the Civil Rights Act of 1964, alleging discrimination on the basis of race/color.   28 U.S.C. §1331.

3.      This Court has jurisdiction over Plaintiff's cause of action pursuant to 28 U.S.C. §1441(a), which makes removable any civil action for which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States.

1

4.      Defendant Carlos Marrujo was served with the Complaint April 9, 2025, and Defendant ENMUR was served on April 14, 2025. Therefore, this Notice of Removal is timely filed, as it is within thirty days of Plaintiff's serving of a pleading which purports to assert relief under federal law, as set forth in paragraph 2 above, and is timely filed pursuant to the terms of 28 U.S.C. §1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.")

5.      The time in which Defendants are required to answer Plaintiff's Complaint by the laws of the State of New Mexico has not yet expired.

6.      Defendants are represented by Bryan Evans and Jacqueline Miller of Atwood, Malone, Turner & Sabin, P.A. of Roswell, New Mexico.

7.      Venue is properly placed in the United States District Court for the District of New Mexico because it is the district court for the district within which the action is pending, in accordance with 28 U.S.C. §1446(a).

8.      A copy of the pleadings filed in the state court case are attached hereto as Exhibit "A".

9.      Defendants shall promptly file a copy of this Notice of Removal with the Clerk of the District Court of Chaves County, Fifth Judicial District, State of New Mexico, thereby effecting removal as provided in 28 U.S.C. §1446(d).

2

WHEREFORE, Defendants pray that Cause No. No. D-504-CV-2025-00288, currently pending in the District Court of Chaves County, Fifth Judicial District, State of New Mexico, be removed into this Court for trial and determination as provided by law.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By   **Electronically Filed on 05/08/25**
      Bryan Evans
      Jacqueline Miller
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
      *Attorneys for Defendants*

I HEREBY CERTIFY that on May 8, 2025, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing* and I also e-mailed the foregoing instrument to all parties of record and I also hereby certify that a copy of the foregoing instrument was e-mailed to all parties of record.

*Electronically Filed on 5/8/25*
Bryan Evans

3